

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2015

No. 04-15-00214-CV

**IN RE** Juan Miguel **MATA**

Original Mandamus Proceeding[1]

**ORDER**

On June 15, 2015, relator filed a pro se supplemental petition for writ of mandamus. This court requested a response to the supplemental petition for writ of mandamus on August 25, 2015. A response was received from the real party in interest, but no response has been filed on behalf of the respondent judge. The court has considered relator's petition and the real party in interest's response and has determined that relator is entitled to only a part of the relief requested. Accordingly, the supplemental petition for writ of mandamus is CONDITIONALLY GRANTED IN PART. Tex. R. App. P. 52.8(c).

The Honorable Amado Abascal is ORDERED to consider and rule upon Mata's motion to amend, quash, and examine evidence (file-stamped November 3, 2014); objection to agreed protective order (file-stamped February 10, 2015); "motion to appeal" (file-stamped April 14, 2015); and motion to sign order (file-stamped May 15, 2015). The writ will issue only if we are notified that Judge Abascal has not done as directed within fifteen days from the date of this order.

It is so **ORDERED** on December 9, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2714, styled *In the Matter of Maria Elena Mata and Juan Miguel Mata*, pending in the County Court of Dimmit County, Texas, the Honorable Amado J. Abascal III presiding.